## STATEMENT OF FACTS

On January 28, 2025, at approximately 16:11 hours, MPD Officers Jose Moreno and Christopher Mendez were working in the 1800 block of Wiltberger Street, NW, Washington, D.C. The officers were in a marked police cruiser and were in full police uniform. While the officers were on foot patrol, Officer Mendez saw two individuals in a parked white Ford Mustang, with California tag 9EOC249, with their heads slumped over inside the vehicle. One individual occupied the driver's seat and the other was in the front passenger seat.

Officer Mendez saw in plain view the individual in the driver's seat, later identified as Damon **MIDDLETON**, seemingly inhaling a substance through his nose with a straw. Recognizing that this action is consistent with the use of illegal narcotics, the officers believed that at least one of occupants of the vehicle were ingesting illegal narcotics and both officers approached the vehicle. Officer Mendez approached the driver's side of the vehicle while Officer Moreno approached the passenger side. After they approached the vehicle, Officer Mendez saw a baggie with a white substance consistent with an illegal narcotic on **MIDDLETON's** lap. The officers ordered both occupants out of the vehicle. The driver of the vehicle, **MIDDLETON**, attempted to try and drive away, but was ordered not to by Officer Mendez, and he complied. The front passenger, later identified as Shareem **HALL**, physically resisted exiting the vehicle and appeared to be under the influence of an unknown substance. Defendant **HALL** was yelling and screaming and had to be taken down to the ground and pepper sprayed.

Once **HALL** and **MIDDLETON** exited the car, the officers searched the vehicle and recovered approximately 4 grams of a white powdery substance that was packaged in a plastic twist on the driver's side floor, which field tested positive for crack cocaine. Officers also recovered an electronic scale under the driver's seat. A black, 9 mm handgun was recovered under the front passenger's seat. The gun is a Polymer, Model 80, "Ghost Gun", with one round in the chamber. It was loaded with a Glock 17 magazine that contained 14 rounds in the 17-round capacity magazine. There are no firearms or ammunition distributors in the District of Columbia, therefore, the firearm and ammunition must have travelled in interstate commerce.

A subsequent record check of the vehicle revealed that the white Ford Mustang was a rental vehicle and had been rented by **MIDDLETON.**

A review of both defendant's criminal history revealed that **MIDDLETON** was sentenced to 48 months of incarceration in D.C. Superior Court case number 2017 CF2 16418 for Unlawful Possession of a Firearm (Prior Conviction) and that **HALL** was sentenced to 84 months of incarceration for First Degree Murder While Armed in D.C. Superior Court case number 2016 CF1 15129. Therefore, at the time both **MIDDLETON** and **HALL** constructively possessed the firearm and ammunition, they had been convicted of a crime punishable by imprisonment for a term exceeding one year and had knowledge of that fact.

During a search incident to the arrest of **MIDDLETON**, officers recovered eight white baggies containing a brown leafy substance that weighed about 1.5 grams in **MIDDLETON's** left

inner jacket pocket. It field tested positive for synthetic cannabinoid K2. Officers also recovered $446.89 in **MIDDLETON's** front left and right pants pockets.

   As such, your affiant submits that probable cause exists to charge Damon **MIDDLETON** and Shareem **HALL** with violations of 18 U.S.C. 922(g)(1) **(Unlawful Possession of Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).**

                    _____
                     Officer Christoper Mendez, Badge 2449
                     Metropolitan Police Department

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone, this 30th day of January 2025.

                     _____
                       Matthew J. Sharbaugh
                       U.S. Magistrate Judge