AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>DAMON MIDDLETON<br><br>*Defendant* | ) Case: 1:25-mj-00021<br>) Assigned To : Sharbaugh, Matthew J.<br>) Assign. Date : 1/30/2025<br>) Description: COMPLAINT W/ARREST WARRANT<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    DAMON MIDDLETON                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 922(g)(1) - Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

Date:  01/30/2025

*Issuing officer's signature*

City and state:    Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  1/30/2025 , and the person was arrested on *(date)*  3/24/2025 at *(city and state)*  Washington D.C . |
| Date: 3/24/2025 |

*Arresting officer's signature*

Kaylee Bretz, Deputy United States Marshal
*Printed name and title*